UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED
ASHEVILLE, N.C.
MAR 26 2014
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | NO. 1:13MJ65 |
| | ) | |
| THE SEARCH OF INFORMATION | ) | |
| ASSOCIATED WITH | ) | |
| bob.malle@live.com THAT IS STORED | ) | |
| AT PREMISES CONTROLLED BY | ) | |
| YAHOO!,INC. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, application, and affidavit be unsealed for purposes of providing criminal discovery.

**IT IS HEREBY ORDERED** that the search warrant, application, and affidavit are hereby ordered UNSEALED effective immediately.

This the 26th day of March, 2014.

United States Magistrate Judge